IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   )
                            )
        v.                  ) Criminal No. 08-275
                            )
DIANE B. MANDELL,           )
        Defendant.          )

## ORDER

AND NOW, this 7th day of July, 2009, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered August 14, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, July 16, 2009 at 10:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster         ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Luke E. Dembosky,
      Assistant United States Attorney

      Jay J. Finkelstein,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation